IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| SUMMIT DNA, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-01329-WDQ |
| | ) | |
| PROOVE BIOSCIENCES, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BRIAN MESHKIN, | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE OF CORPORATE INTEREST**

I CERTIFY, as counsel in this case that Plaintiff Summit DNA, L.L.C. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D.Md.).

Dated: April 18, 2014         /s/ Joseph D. Edmondson, Jr.
                              Joseph D. Edmondson, Jr. (D. Md. No. 09481)
                              Lauren Champaign (D. Md. No. 18629)
                              Foley & Lardner LLP
                              3000 K Street, N.W., Suite 600
                              Washington, D.C. 20007
                              T: 202-672-5300
                              F: 202-672-5399

4826-0208-2842.4