UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SUMMIT DNA, LLC )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>PROOVE BIOSCIENCES, INC. )<br>)<br>    Defendant, )<br>)<br>BRIAN MESHKIN )<br>)<br>    Defendant. )<br>_____)<br>)<br>PROOVE BIOSCIENCES, INC. )<br>)<br>    Counterclaim-Plaintiff )<br>    and Third-Party Plaintiff, )<br>)<br>    vs. )<br>)<br>SUMMIT DNA, LLC )<br>)<br>    Counterclaim-Defendant, )<br>)<br>GEORGE POWELL )<br>)<br>    Third-Party Defendant. ) | Civil Action 1:14-CV-1329 (WDQ) |

**PROOVE BIOSCIENCES, INC.'S AND BRIAN MESHKIN'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Counterclaim-Plaintiff and Third-Party Plaintiff Proove Biosciences, Inc. ("Proove") and Defendant Brian Meshkin, by their undersigned attorneys and pursuant to Fed. R. Civ. P. 56 hereby file this Motion for Partial Summary Judgment against Plaintiff/Counterclaim-Defendant Summit DNA, LLC ("Summit") and, in support hereof, incorporate the Memorandum

of Points and Authorities and the Statement of Undisputed Material Facts filed contemporaneously herewith.

WHEREFORE, Proove and Meshkin respectfully request that the Court enter summary judgment as follows:

i) As to Count V of the Counterclaim [Breach of Contract] in favor of Proove and against Summit;

ii) As to Count I of the First Amended Complaint [Breach of Contract] in favor of Proove and against Summit;

iii) As to Count II of the First Amended Complaint [Declaratory Judgment] dismissing the claim; and

iv) As to Count III of the First Amended Complaint [Defamation] in favor of Proove and Meshkin and against Summit.

## REQUEST FOR HEARING

Proove and Meshkin respectfully request a hearing with oral argument pursuant to Local Rule 105.6.

617899 v1

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By: /s/ Kenneth E. Chase
Kenneth E. Chase (D. Md. Bar No. 18034)
Shook, Hardy & Bacon, LLP
1155 F Street NW, Suite 200
Washington, DC 20004
Telephone:  (202) 783-8400
Facsimile:  (202) 783-4211
Email: kchase@shb.com

Michael A. Zito
Admitted *Pro Hac Vice*
Shook, Hardy & Bacon L.L.P.
1155 F Street NW, Suite 200
Washington, DC 20004
Telephone:  (202) 783-8400
Facsimile:  (202) 783-4211
Email: mzito@shb.com


*Counsel for Defendant,*
*Counterclaim-Plaintiff*
*and Third-Party Plaintiff*
*Proove Biosciences, Inc.*
*and Defendant Brian Meshkin*

**CERTIFICATE OF SERVICE**

      I certify that on February 26, the foregoing was served on the following counsel of record by U.S. or electronic mail.

Joseph D. Edmondson, Jr.
Foley & Lardner, LLP
3000 K Street NW, Suite 600
Washington, DC 20007
jedmondson@foley.com

Lauren Champaign
Foley & Lardner, LLP
3000 K Street NW, Suite 600
Washington, DC 20007
lchampaign@foley.com

Phillip B. Toutant
The Health Law Partners, P.C.
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
ptoutant@thehlp.com

Tim Burkhard
The Health Law Partners, P.C.
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
tburkhard@thehlp.com

                                  By: /s/ Kenneth E. Chase
                                       Kenneth E. Chase

617899 v1