**PROOVE BIOSCIENCES, INC.'S AND BRIAN MESHKIN'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

**\*\*\*\*INDEX OF EXHIBITS\*\*\*\***

Exhibit A:   Contract, Proove and Summit (March 8, 2013)
Exhibit B:   George Powell Deposition Transcript (November 19, 2015)
Exhibit C:   Christine Ready Deposition Transcript (November 19, 2015)
Exhibit D:   Emails (March 26, 2013)
Exhibit E:   Emails (July 12, 2012 through March 4, 2014)
Exhibit F:   Brian Meshkin Deposition Transcript (November 20, 2015)
Exhibit G:   Contract, Genomind and Summit (July 25, 2013)
Exhibit H:   Email (December 16, 2013)
Exhibit I:   Email (February 23, 2014)
Exhibit J:   Email (February 20, 2014) and website (May 5, 2014)
Exhibit K:   Letter (March 24, 2014)
Exhibit L:   Email (March 28, 2014)