# EXHIBIT A



*The Leader in Personalized Pain Medicine*

## Non-Exclusive Independent Sales Organization Agreement

This Agreement (hereinafter referred to as the "Agreement") is entered into by and between Proove Biosciences, Inc. a Delaware Corporation located at 6 Thomas, Suite 100 Irvine, CA 92618 (hereinafter referred to as the "COMPANY") and **Summit DNA, LLC**, a New Hampshire Corporation located a 88 Stiles Road, Suite 103 Salem, New Hampshire 03079 (hereinafter collectively referred to as "ISO") on March 8, 2013 ("Effective Date").

### RECITALS

WHEREAS, COMPANY offers a portfolio of laboratory testing services ("Service(s)") to be solicited to all physicians, clinics, and health care facilities who legitimately have patients with a need for such a test performed; and

WHEREAS, ISO has ongoing relationships with physicians who may be interested in the Service(s) and wishes to represent COMPANY directly and/or indirectly through independent relationships ISO has on a non-exclusive basis in accordance with the terms and conditions of this Agreement;

NOW, THEREFORE, it is agreed to as follows:

**Term of Agreement:** This Agreement shall commence on the Effective Date and shall continue for one year (1) year period and continuously thereafter for any number of subsequent one (1) year extensions, unless, or until cancelled or terminated with or without cause, as defined below, by written Notice in accordance with the Notice(s) section in this Agreement.

**Engagement:** COMPANY hereby engages ISO to solicit physicians, clinics and health care facilities who may lawfully request such Service(s) to enter into a relationship with COMPANY. ISO hereby accepts such engagement and will intimately familiarize itself with COMPANY Service(s) to enable ISO to promote COMPANY Service(s).

**Service(s):** Shall be defined as any one or a combination of the following types of accounts and considered active as long as account periodically orders services from COMPANY:



*The Leader in Personalized Pain Medicine*

1) **Other Third Party Payers:** This type of account is defined as one who requests a DNA screening test on a non-workers compensation patients covered by a PPO, Medicare or Medicaid patients and excluding personal injury.
2) **Workers Compensation:** This type of account is defined as one who orders a pharmacological DNA screening test on a workers compensation patient.

**Product and Service Provider ("PSP"):** Is any vendor COMPANY utilizes to include but not be limited to 1) laboratory, 2) software developer or, 3) COMPANY billing and funding partner.

**Commission:** COMPANY shall pay ISO Commission in accordance with the attached Commission Schedule and any other provision in this Agreement.

**ISO's, Status, Role and Responsibilities:**

- ISO will utilize its sales and marketing channels to generate potential accounts through qualified leads defined as an interested ISO customer or prospect who has received a general overview of the COMPANY Service(s). This includes initial awareness, contact, general concept and benefits presentation and account qualification.

- ISO shall comply the COMPANY's policy around lead generation and complete a Lead Acquisition Form on each and every qualified lead, and submit such form to the Company for approval, prior to introducing the COMPANY's services to the prospect. The COMPANY shall reserve the right to approve such a lead and may, if the ISO is not able to complete the sales transaction, remove such lead from the ISO, consistent with its policies and procedures.

- ISO will ensure relevant customer decision makers are engaged throughout the sales process and will assist COMPANY relating to this process at COMPANY request including help with closing the account.

- ISO shall have no authority to create or enter into any oral, written or implied contracts, make any statements or perform any act of any kind on behalf of COMPANY outside of providing training, collaterals and agreements provided by COMPANY, to ISO, without the written approval and acceptance by COMPANY.

6 Thomas, Suite 100, Irvine, CA 92618 USA        Toll Free (855) PROOVE-BIO (776-6432)   Fax (949) 427-5303

8160 Maple Lawn Blvd, Suite 200, Fulton, Maryland, 20759 USA                              www.proovebio.com



*The Leader in Personalized Pain Medicine*

- This Agreement does not constitute a hiring by either party, and is not intended to create a relationship or partnership, joint venture, employment, or other legal relationship except that of Independent Contractor.

- No representations, guaranties, or warranties are to be made except as authorized by COMPANY.

- ISO **shall not be treated as an employee** for **any purpose,** to include, state and federal tax purposes, worker's compensation, retirement plans, or disability or unemployment compensation, and shall not receive any insurance coverage, including without limitation, medical insurance, worker's compensation, automobile, or errors and omissions coverage from COMPANY. COMPANY may maintain various insurance policies, which may incidentally provide coverage in accordance with the terms of such policy to ISO by reason of the coverage provided to the COMPANY. ISO shall not rely on such insurance to cover any acts or omissions on their part as well as any stated minimum insurance requirements in any of the provisions in this Agreement.

- ISO shall be solely responsible for ensuring any employees or independent representatives of ISO comply with all terms in this Agreement.

- The two parties will collaborate on creating and improving marketing campaigns to be funded and executed either by ISO or COMPANY only with the approval of COMPANY.

- A list of registered customer leads will be entered into the system by ISO (or through a mutually-agreed process) as they are developed, and will be verified/acknowledged by COMPANY to ensure a prior direct or indirect relationship does not exist with COMPANY. If such a relationship exists, ISO understands it can no longer solicit prospect any further.

**COMPANY, Status, Role and Responsibilities:**

- COMPANY will assist ISO, when requested by ISO, with qualified prospects to make a best effort to convert the lead into an active account and provide account with the necessary services to facilitate laboratory tests. This may include but not be limited to training, operational needs such as software, and ordering tests.



*The Leader in Personalized Pain Medicine*

- COMPANY will provide training, marketing collaterals, rules and procedures and anything else COMPANY deems necessary for ISO's success to market COMPANY services.

**ISO Indemnification:** ISO is solely responsible for their own acts and omissions as well as acts and omissions of any ISO employee or Independent Representative working directly of indirectly for ISO while engaged in the performance of this Agreement and agrees to hold harmless and indemnify COMPANY from any and all actions, claims, demands and liabilities, including costs of suit and attorney fees, arising from any actions, inactions or omissions of ISO. ISO understands COMPANY cannot exercise any right of supervision, control or direction over ISO activities.

**COMPANY Indemnification:** COMPANY is solely responsible for its own acts and omissions while engaged in the performance of this Agreement and agrees to hold harmless and indemnify ISO from any and all actions, claims, demands and liabilities, including costs of suit and attorney fees, arising from any actions, inactions or omissions of COMPANY. COMPANY understands ISO cannot exercise any right of supervision, control or direction over COMPANY activities.

**Conflict of Interest:** ISO shall not represent any individual or company directly or indirectly competing with COMPANY by offering same or similar Service(s) during the term of this Agreement and in accordance with the Confidential Information, Trade Secrets and Competition provision in this Agreement.

**Termination:** Each party reserves the right to terminate this Agreement 1) upon 30 days written notice, or 2) upon 15 days written notice of a breach of any provision or covenant in this Agreement (such termination shall take effect upon the 15th day following notification if the breach has not been cured.) Following termination, Commissions shall continue to be due and payable in perpetuity as long as ISO complies with the Confidential Information, Trade Secrets and Competition provisions, Conflict of Interest provision, and there is no breach of this Agreement that has not been cured by within 15 days notice of breach. If ISO is in breach of this Agreement or not complying with the provisions mentioned in this section, after the 15 day cure period, COMPANY will have no obligation to continue to pay ISO any commissions. Commissions shall continue to be due and payable in perpetuity regardless of the Conflict of Interest provision of this Agreement if ISO terminates this Agreement due to COMPANY's breach of the terms of this Agreement that has not been cured. However, if ISO is in violation of any section or provision in this Agreement, that survives the termination of this Agreement, COMPANY will have no obligation to continue to pay ISO any commissions

6 Thomas, Suite 100, Irvine, CA 92618 USA

8160 Maple Lawn Blvd, Suite 200, Fulton, Maryland, 20759 USA

Toll Free (855) PROOVE-BIO (776-6432)   Fax (949) 427-5303

www.proovebio.com



*The Leader in Personalized Pain Medicine*

**COMPANY Lack of Control of Revenue:** ISO agrees and understands payment of ISO Commission is conditional upon COMPANY receiving payment from carriers or funding sources. ISO agrees to hold COMPANY harmless, without liability, for any delay in payment of Commission. ISO further understands COMPANY may have independent agreements with PSP's, other revenue sources, and vendors having provisions or covenants that can affect Commission and continuation of this Commission. COMPANY will provide SALES REPRESENTATIVE with notification of such change.

**Sale of COMPANY:** If COMPANY is sold, ISO will be paid in perpetuity on all active accounts opened by ISO or one of ISO's sales representatives. This Agreement shall automatically transfer to the acquiring party unless otherwise agreed to by all parties.

Sale of COMPANY shall be defined as the transfer of a majority interest in COMPANY to another party.

**Breach:** A Breach shall be defined as a violation of any of the covenants or provisions in this Agreement at which point commissions will end on the day of breach unless cured within fifteen (15) days written notification.

**Territory:** ISO is free to promote Service(s) to prospects in any state where it is lawful to do so unless otherwise stated by COMPANY during any term of this agreement.

**Transportation:** COMPANY specifically disclaims any right to direct or control the method or means of travel utilized by ISO and hours or days worked by ISO. Any mode of transportation shall be conducted by ISO at their own risk and ISO maintain state minimum liability insurance.

**Confidential Information, Trade Secrets and Competition.**

- COMPANY has developed a unique business model and in the course of carrying out this Agreement, ISO will have access to Confidential Information, including without limitation, trade secrets, financial information, customer lists, marketing methods, pricing lists, data, properties, specifications, personnel and internal affairs, relating to COMPANY, its PSP's, etc. ("Confidential Information"). Such Confidential Information is considered secret, proprietary and disclosed to ISO in confidence solely for the purpose of carrying out ISO's duties hereunder and any handouts will be returned to COMPANY within ten (10) days of request by COMPANY or termination of this Agreement by COMPANY.

6 Thomas, Suite 100, Irvine, CA 92618 USA

8160 Maple Lawn Blvd, Suite 200, Fulton, Maryland, 20759 USA

Toll Free (855) PROOVE-BIO (776-6432)   Fax (949) 427-5303

www.proovebio.com



*The Leader in Personalized Pain Medicine*

- During the Term of this Agreement and either for the period ending twenty four (24) months after ISO receives the last sales Commission from COMPANY or twenty-four (24) months after voluntary or involuntary termination, whichever is later, ISO and COMPANY shall not directly or indirectly solicit, engage, and/or circumvent the other's existing Accounts, its PSP's, employees, independent sales representatives/organizations and agrees not to directly/indirectly disclose any Confidential Information.

**Assignment:** COMPANY has a right to assign this Agreement to another organization formed by COMPANY and continue to operate under the terms of this Agreement. Further, this Agreement will be assigned to any party who acquires COMPANY and continue to operate under the terms of this Agreement.

**Equitable Relief:** In the event of the breach or threatened breach of any covenants and promises herein, ISO acknowledges the damage or imminent or potential damage to COMPANY, including damage to the value of its goodwill, shall be inestimable and any remedy at law or for damages is or may be inadequate. Any provision for, or the exercise by COMPANY of any given financial and non-financial remedy for breach of this Agreement is not an exclusion of the availability of any other remedy allowed to COMPANY, in law or equity for breach of this Agreement, and with respect to any violation by ISO of any provision herein with respect to non-circumvention and/or the use of Confidential Information, the remedy of COMPANY at law shall be conclusively deemed inadequate, and shall not object to the granting to COMPANY of any temporary or preliminary injunctive or preliminary relief not available at law without having to post any bond.

**Governing Law and Forum:** This Agreement shall be governed by the laws of the State of Maryland. If either party wishes to bring suit, action or proceeding arising out of or relating to the Agreement, it shall be settled by a court of law having located in the County of Howard in the State of Maryland. In the event that it shall be determined by a court or other body of competent jurisdiction, as provided for hereinafter, that such limitations above exceed that which is reasonable under the laws of the State of Maryland, this agreement shall be deemed amended pro tanto to provide for a restraint of the broadest geographical and substantive scope, and the longest period as the forum shall determine to be reasonable.

**Non-Waiver of Rights:** The failure of either party to enforce a Breach of any of the provisions or covenants in this Agreement, or any rights with respect thereto, or exercise any election provided for herein shall in no way be a waiver of such provisions, rights or elections or in any way affect the validity of this Agreement. The failure of either party to exercise any of said provisions, rights or elections shall not preclude or prejudice such party from later enforcing or



*The Leader in Personalized Pain Medicine*

exercising the same or any other provision of this Agreement or any rights or elections which it has hereunder. All COMPANY rights and remedies shall be cumulative and the payment for performance shall neither be, nor construed to be, a waiver of any Breach of any term, provision, covenant or condition of this Agreement

**Notices:** All Notices, consents, requests, and other communications hereunder are to be in writing and deemed to have been duly made: (i) when delivered in person; (ii) when delivered by certified mail, return receipt requested; (iii) in the case of overnight courier services, one business day after deliver to the overnight courier service with payment provided for. Addresses listed below shall be used for providing Notice. It is ISO's responsibility to ensure COMPANY has the most recent and correct mailing address for Notices.

**Entire Agreement:** This Agreement and any attachment contains the entire Agreement with respect to the subject matter hereof and supersedes all prior written, oral or implied agreements between the parties. No amendment of or modification of this Agreement or its attachment shall be effective unless in writing and signed by all parties unless otherwise stated in this Agreement or attachment.

**Counterparts:** This Agreement may be executed in two counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**Severability:** Each and every provision, agreement, obligation or other covenant contained in this Agreement is, and shall be construed to be a separate and independent provision, covenant and agreement of the party bound by, undertaking or making the same and shall not be construed to be dependent on any other provision of the Agreement unless expressly provided. If any term or provision of this Agreement shall be declared invalid or unenforceable, the remainder of this Agreement, including the application of any term or provision, to personal or circumstances other than those as to which the application is declared invalid or unenforceable, shall not be affected.

**General Provisions:**

- o The Recitals section and descriptive headings of this Agreement are inserted for convenience or reference only and shall not be deemed to limit or to otherwise affect the scope, intent, or construction of any of its provisions.

- o The terms of this Agreement have been negotiated by both parties hereto and the language used in this Agreement shall be deemed to be the language chosen by the parties hereto to express their mutual intent



*The Leader in Personalized Pain Medicine*

- Each party and/or their counsel have participated fully in the construction and review of this Agreement. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply in the interpretation of this Agreement as both parties had an equal opportunity to negotiate the terms and provisions of this Agreement.

- All parties to this Agreement agree to be responsible for their own legal fees in enforcing their rights.

- Errors in punctuation, capitalization, grammar, and sentence structure shall not affect the meaning of any part of this Agreement.

**Signature Page – Next Page**

6 Thomas, Suite 100, Irvine, CA 92618 USA

8160 Maple Lawn Blvd, Suite 200, Fulton, Maryland, 20759 USA

Toll Free (855) PROOVE-BIO (776-6432)   Fax (949) 427-5303

www.proovebio.com



*The Leader in Personalized Pain Medicine*

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the Effective Date.

**COMPANY (Proove Biosciences, Inc.)**

By: _____
Brian Meshkin, President

Date: 3/15/2013
6 Thomas, Suite 100
Irvine, CA 92618

**ISO: (Company Name, LLC)**

By: _____

Print Name: George Powell

Title: President /CEO
Date: 3/09/13

City, State, Zip code: Salem, NH 03053

Phone: 800-377-6481

Mobile: 603-289-1710

Fax:    603-458-2598

Email Address:
Powell.georgesummit@gmail.com

SSN or FEIN: 45-471065



*The Leader in Personalized Pain Medicine*

## ATTACHMENT
## Commission Schedule (Effective 1/2013)

ISO shall only be paid the agreed upon commissions on Service(s) COMPANY is reimbursed as long as the account remains an active customer of COMPANY under the terms of this Agreement:

1) **Workers Compensation:** COMPANY will compensate ISO ten (10.0%) percent of the gross amount collected per paid claim on its suite of laboratory screening. Gross amount collected is defined as the total value of the claim paid by the insurance company.

2) **Private Group Health Payers:** ISO will be compensated a percentage determined by COMPANY at the time the Private Group Health or direct billing agreement is signed. A current schedule of those current private group health payers or direct billing agreements are as follows:

Three Rivers Provider Network - COMPANY will compensate ISO ten (10%) percent of gross amount collected per paid claim.

Multiplan - COMPANY will compensate ISO ten (10%) percent of gross amount collected per paid claim.

Direct Bill Contract - COMPANY will compensate ISO ten (10%) percent of gross amount collected per paid claim.

Commissions are to be paid on the fifteenth (15th) day of the month from the prior month's collected claims. Example: For all claims paid during the period January 1, 2013 – January 31, 2013, COMPANY will pay ISO on February 15, 2013.

To the extent that there is a change in applicable law in any state that would cause the compensation methodology herein to potentially violate such modified law or rule governing the arrangement, then the parties shall negotiate in good faith a modified compensation formula for such state that will permit the compensation hereunder to conform with such change in law. By way of clarification, such modified formula shall only apply in that state or those states in which the change in law necessitates such modification."

ISO understands and acknowledges ISO is **solely responsible** for compensating its sales force/brokers/ channel partners/ independent representatives to include any and all taxes, insurance, expenses, required insurance as well as any other expenses associated with ISO under this Agreement.
6 Thomas, Suite 100, Irvine, CA 92618 USA        Toll Free (855) PROOVE-BIO (776-6432)  Fax (949) 427-5303

8160 Maple Lawn Blvd, Suite 200, Fulton, Maryland, 20759 USA        www.proovebio.com



*The Leader in Personalized Pain Medicine*

6 Thomas, Suite 100, Irvine, CA 92618 USA

8160 Maple Lawn Blvd, Suite 200, Fulton, Maryland, 20759 USA

Toll Free (855) PROOVE-BIO (776-6432)   Fax (949) 427-5303

www.proovebio.com