# EXHIBIT C

Volume I     Exhibits -- NONE     Pages 1 - 12

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SUMMIT DNA, LLC, * | |
|     Plaintiff, * | Civil Action No. |
| Vs. * | |
| * | 1:14-CV-1329(WDQ) |
| PROOVE BIOSCIENCES, INC., * | |
|     Defendant, * | |
| * | |
| BRIAN MESHKIN, * | |
|     Defendant. * | |

_____

PROOVE BIOSCIENCES, INC.,       *
    Counterclaim-Plaintiff    *
    and Third-Party Plaintiff,*
                              *
Vs.                             *
                              *
SUMMIT DNA, LLC,                *
    Counterclaim-Defendant,   *
                              *
GEORGE POWELL,                  *
    Third-Party Defendant.    *

DEPOSITION of CHRISTINE READY
Thursday, November 19, 2015 at 4:49 p.m.
Summit DNA, LLC
88 Stiles Road, Suite 103
Salem, New Hampshire 03076
------ Jacqueline P. Travis, RPR, CSR ------
A-PLUS COURT REPORTING SERVICES, LLC
97 Central Street, Suite 403
Lowell, Massachusetts 01826
978-455-1522 ~ 978-455-1523

```
APPEARANCES:


Representing the Plaintiff/Defendant in
Counterclaim, Summit DNA, LLC and George Powell:
     THE HEALTH LAW PARTNERS
     BY:  TIMOTHY BURKHARD, Esquire
     29566 Northwestern Highway, Suite 200
     Southfield, Missouri 48034
     248-996-8510 ~ Fax: 248-996-8525
     tburkhard@thehlp.com


Representing the Defendant/Plaintiff in
Counterclaim, Proove Biosciences, Inc. and Brian
Meshkin:
     SHOOK, HARDY & BACON L.L.P.
     BY:  KENNETH E. CHASE, Esquire
     1155 F Street, NW, Suite 200
     Washington, District of Columbia 20004-1305
     202-639-5606 ~ Fax: 202-783-4211
     kchase@shb.com
```

I N D E X

Testimony of:                                          Page(s)

CHRISTINE READY

By Mr. Chase                                              4,11

By Mr. Burkhard                                             10


E X H I B I T S


NONE

```
 1   will throw out a couple names.  Bao Ngo, do you know
 2   him?  Bao?
 3        A.   That was -- yeah, from a long time ago.
 4        Q.   Okay.  Nancy Williams?
 5        A.   Yes.
 6        Q.   Adam Fairborn?
 7        A.   Yes.
 8        Q.   Brian Bass?
 9        A.   Yes.
10        Q.   John Warner?
11        A.   Yes.
12        Q.   Okay.  They would send in samples and they
13   would be received by Summit Diagnostics, correct?
14        A.   No, we do not receive any samples.  They
15   would fill out a new account setup form online, I
16   will receive it via email, and then I will send that
17   information to whichever lab we're using for that
18   account, to get it set up, and have the supplies
19   sent out to the rep to go and kick off, what we call
20   kick off the account.  And then the account would
21   then send specimens to the lab.  The lab would
22   report to the account.
23        Q.   Okay.  And are you being paid an extra
24   amount because you're doing the Summit DNA work?
```

```
 1        A.  No.
 2        Q.  Okay.  So it's part of your job function at
 3   Summit Diagnostics, to do Summit DNA work?
 4        A.  Yes.
 5        Q.  Okay.  Is there a separate phone line for
 6   Summit DNA?
 7        A.  No.
 8        Q.  Okay.  It goes through the same 800 number?
 9        A.  Uh-huh.  Yes.
10        Q.  Okay.  And is there a separate mailing
11   address for Summit DNA?
12        A.  No.
13        Q.  Is there a separate lease for Summit DNA?
14        A.  That I don't know.
15        Q.  Are you aware of like one room being the
16   Summit DNA room?
17        A.  No.
18        Q.  There's not like a rope, a velvet rope that
19   that's the Summit DNA area?
20        A.  No.
21        Q.  Okay.  Is there any people that are
22   designated Summit DNA people in this office or --
23        A.  No.
24        Q.  Or is all Summit Diagnostics all the same?
```

1      A.   It's all the same.
2      Q.   Is there any accounting differentiation
3 between Summit Diagnostics and Summit DNA?
4      A.   I don't know that.
5      Q.   And you've been here six and a half years?
6      A.   But I don't work in the financial part of
7 it.
8      Q.   Okay.  You're working in the customer
9 service part of it?
10     A.   Yes, customer service, correct.
11     Q.   So as far as you know -- you come to this
12 office five days a week?
13     A.   Yes, I do.
14     Q.   And as far as you know, there's no
15 differentiation?
16     A.   No.
17     Q.   Okay.  What's your understanding of the
18 lawsuit that's existing between Summit and Proove?
19     A.   My understanding of it is, as far as I
20 know, I'm not privy to all the information, but what
21 I am aware of is that Proove said they didn't have
22 to pay us because we breached our contract with
23 them, and so now there's a lawsuit.
24     Q.   Okay.  Did Summit Diagnostics receive or --

```
 1   you didn't receive specimens, but were there
 2   accounts set up for a company called AI Biotech?
 3       A.   Yeah.
 4       Q.   Are you familiar with that company?  Did
 5   Summit Diagnostics, or whichever Summit you were
 6   working, was there an account -- were there accounts
 7   set up for Genomind?
 8       A.   Yes.
 9       Q.   Okay.  What other labs were there?
10       A.   DNA labs?
11       Q.   Yes.
12       A.   I don't have the best memory.  This was
13   going back a little while.
14       Q.   I will throw out a couple names.  Harmonyx?
15       A.   That sounds familiar.
16       Q.   Iversen?
17       A.   Yes.
18       Q.   Natural Molecular?
19       A.   Yes.
20       Q.   Propel?
21       A.   Possibly.
22       Q.   Those are all DNA work, so to speak?
23       A.   Yeah.
24       Q.   And those were all being done by Summit
```

```
 1  Diagnostics or Summit DNA, you don't really know
 2  which one?
 3      A.  I don't really know which one.
 4      Q.  Has anyone in the office ever said hey,
 5  there's two different companies, one's DNA and one's
 6  diagnostics?
 7      A.  I don't know.  They may have, but I wasn't
 8  really aware of it.
 9      Q.  You're here every day?
10      A.  Right.
11          MR. CHASE:  All right.  I do not have any
12  other questions.
13          MR. BURKHARD:  I just have a couple
14  questions for you.
15                  CROSS-EXAMINATION
16  BY MR. BURKHARD:
17      Q.  You're obviously aware of Proove.  You set
18  up -- did you set up accounts for Proove?
19      A.  Yes.
20      Q.  You did.  And to your knowledge did Summit
21  or anybody at Summit ever share any of Proove's
22  confidential information with anybody?
23      A.  No.
24      Q.  Did you ever personally share any of
```