# EXHIBIT D

**From:** Summit Diagnostics <carolisebelmont@gmail.com>
**To:** powellg40 <powellg40@aol.com>
**Subject:** News from Summit!!!
**Date:** Tue, Mar 26, 2013 12:30 pm

Having trouble viewing this email? <u>Click here</u>

# Summit Diagnostics
## New DNA Lab Information



Reps,

As you know, we have partnered with a new DNA lab, Proove Biosciences. Below is some information that will help you sign up new accounts and give you an edge on the competition.

### March Madness Extension!!

George has decided to extend March Madness for an additional 2 weeks!

<u>You now have until Friday, April 12 to qualify new accounts and get them to send in specimens</u>.



### Proove Biosciences Forms

Here are some forms and information on our new lab:

- <u>Account Set-Up Form</u>
- <u>Insurance Carriers</u>
- <u>Training Material</u>
- <u>Clinical Professional Service Agreement</u>
- <u>Clinical Research Services Agreement</u>
- <u>Laboratory Test Result</u>
- <u>Narcotic Risk Profile</u>



- Testing Agreement - Drug Metabolism
- Testing Agreement - Narcotic Risk

## Frequently Asked Questions

*1. Can Proove provide written documentation on how deductibles are "forgiven" to compensate patients for their involvement in clinical studies?*



When patients are enrolled in clinical studies, it allows us to not balance bill them. This <u>**DOES NOT**</u> forgive their deductible. Deductibles will apply and the amount that they are responsible for will be based on their individual plan.

*2. Are the deductibles actually being forgiven for all insurance carriers? Are we SURE about all deductibles, for all insurances, in every state?*

The Clinical Data Research Agreement physicians sign with us covers all insurance types, PPO, Medicare, etc… from the necessity of balance billing the patient in any state.

*3. What private insurances (if any) are paying Proove? What is the timeline for BCBS?*

We will be submitting applications for BCBS by state during their enrollment period. We are not sure of the enrollment dates, however, Louri Roberts from Peachtree is handling the project.

*4. How much is the actual test / what kind of copays/co-insurances can patients expect to receive from Proove?*

We currently bill out at approximately $3,600.00 per test. Patients' co-pays will be based on their individual plan. Whatever their plan covers is the amount we will accept, without requiring the patient to satisfy the balance. There is no charge, co-pay, etc… for work comp patients.

If you have any questions or need help selling a DNA account, please feel free to contact me or your manager.

Sincerely,

Carolise Belmont
Summit Diagnostics

CONFIDENTIAL      SUMMIT-001156



**Forward this email**



This email was sent to powellg40@aol.com by carolisebelmont@gmail.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Summit Diagnostics | 88 Stiles Road, Suite 103 | Salem | NH | 03079

CONFIDENTIAL

SUMMIT-001157