# EXHIBIT E

**From:** PowellG40 <PowellG40@aol.com>
**To:** nbreedlove <nbreedlove@aibiotech.com>
**Cc:** loripow6627 <loripow6627@aol.com>; carolisebelmont <carolisebelmont@gmail.com>
**Subject:** Contract and working with AI Biotech
**Date:** Thu, Jul 12, 2012 1:12 pm

Hi Nevin;

Although I would like to continue a relationship with AI Biotech I am afraid this is just not going to work out due to the fact we cannot get time pinned down to talk about the business etc. I really needed to speak to you today before our meeting and that coupled with some of the conversations that our folks have had with your folks sounds as if there may not be a sincere interest on working with us.

I am going to cancel the training session we had scheduled for today. If you have an interest in working together in the future feel free to contact me to discuss.

Thank you

George Powell
President
Summit Diagnostics

**From:** *Scott Gehrke <sgehrke@p3medical.net>*
**To:** *Powell George <powellg40@aol.com>*
**Subject:** *AIB sample report and patient take home*
**Date:** *Tue, Dec 10, 2013 3:28 pm*
**Attachments:** *PrecisionMedicineReportwPatientResults_090613.pdf (616K), Summary report result.pdf (195K)*

*Here are the latest reports and patient take home Nevin mentioned. The self pay rate for the full panel is !,200. If a provider just wants a specific panel done then it will be less. For example, the full cardiac panel would be about $400. I will send additional emails with the electronic versions of their marketing materials. Should I have Jenny send some marketing materials and collection kits to the main office?*

*Thanks,*

**Scott Gehrke**
**303-748-9966**

Case 1:14-cv-01329-MJG   Document 65-6   Filed 02/26/16   Page 4 of 5

**From:** George <powellg40@aol.com>
**To:** Chris Lowery <chris@charlottebam.com>; 'Carolise Belmont' <caroliseb@gmail.com>; John Warner <john@warnernc.com>; Matthew Powell <powell.matthewj@gmail.com>
**Subject:** Fwd: Effective immediately: AlBioTech changes its billing and insurance acceptance policy to accept all insurance, excluding Medicaid
**Date:** Tue, Mar 4, 2014 11:48 am

Please send an eblast and inform all reps. I would like 75 tests this week
Sent from my iPhone

Begin forwarded message:

> **From:** Scott Gehrke <sgehrke@p3medical.net>
> **Date:** March 4, 2014 at 11:32:58 AM EST
> **To:** Scott Gehrke <sgehrke@p3medical.net>
> **Cc:** Jennifer Barrett <jbarrett@p3medical.net>
> **Subject: Fwd: Effective immediately: AlBioTech changes its billing and insurance acceptance policy to accept all insurance, excluding Medicaid**
>
> All,
>
> See email below. AI Biotech will run and report all samples for all insurances except medicaid. They would prefer having a pre-authorization for all HMO's and BCBS but they will still run the sample without it.
>
> Call if you have questions.
>
> Thanks,
>
> Scott
>
> Begin forwarded message:
>
>> **From:** Clarice Williams <cwilliams@aibiotech.com>
>> **Subject: Effective immediately: AlBioTech changes its billing and insurance acceptance policy to accept all insurance, excluding Medicaid**
>> **Date:** February 26, 2014 8:35:38 AM MST
>> **To:** "jbarrett@p3medical.net" <jbarrett@p3medical.net>, "sgehrke@p3medical.net" <sgehrke@p3medical.net>
>> **Cc:** Kristen Crenshaw <KCrenshaw@aibiotech.com>, Melissa Russell <mrussell@aibiotech.com>, Nevin Breedlove <NBreedlove@aibiotech.com>
>>
>> **AlBioTech changes its billing and insurance acceptance policy to accept all insurance, excluding Medicaid.**
>> Effective immediately, AlBioTech will now accept all patient cases **except** cases where the primary insurance is Medicaid. This policy change will help make the benefits of the PersonaGene™ drug metabolism panel available to more patients as well as assist physicians with incorporating pharmacogenetic testing into their routine practice.

CONFIDENTIAL

SUMMIT-000004

11/11/2015 Fwd: Effective immediately: AIBioTech changes its billing and insurance acceptance policy to accept all insurance, excluding Medicaid

Case 1:14-cv-01329-MJG  Document 65-6  Filed 02/26/16  Page 5 of 5

This change will be effective for all cases received on February 24 going forward. The commission fee schedule will not change. AIBioTech will continue to evaluate insurance plans for addition to the commission fee schedule based on reimbursement history. Practices should continue to obtain and include pre-authorizations with samples where the following are the primary insurance:

- *Workers Compensation Plans*
- *All Health Maintenance (HMO) Plans*
- *All Exclusive Provider Organization (EPO) plans*
- *Blue Cross/Blue Shield (BCBS)*
- *Humana*

For questions, contact Patient Billing by phone at 1.855.341.8200, Monday through Friday, 8am-6pm, EST or by email at billing@aibiotech.com.

**Clarice A. Williams**
**Account Support Associate**
**AIBioTech™ LLC**
**American International Biotechnology Services**
**601 Biotech Drive**
**Richmond, VA 23235**
**Phone:  804.648.3820 Ext. 1430**
**Fax:  804.234.8798**
**Email: cwilliams@aibiotech.com**
Office hours: Mon-Fri 8am-5pm



Scott Gehrke
303-748-9966

CONFIDENTIAL                    SUMMIT-000005