# EXHIBIT F

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

```
SUMMIT DNA, LLC,                    )
     Plaintiff,                     )
                                    )
   vs.                              ) Civil Action No.
                                    ) 1:14-cv-01329-WDQ
PROOVE BIOSCIENCES, INC.,           )
   and                              )
BRIAN MESHKIN,                      )
     Defendants.                    )
------------------------------------
PROOVE BIOSCIENCES, INC.,           )
     Counterclaim-Plaintiff         )
     and Third-Party Plaintiff,     )
                                    )
   vs.                              )
                                    )
SUMMIT DNA, LLC,                    )
     Counterclaim-Defendant,        )
   and                              )
GEORGE POWELL,                      )
     Third-Party Defendant.         )
------------------------------------
```

DEPOSITION OF BRIAN MESHKIN

November 20, 2015

Dara C. Shuler, CSR No.11249
400571

 

(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City     (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento       (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside        (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago          00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MARYLAND

 3

 4   SUMMIT DNA, LLC,                      )
            Plaintiff,                     )
 5                                         )
        vs.                                ) Civil Action No.
 6                                         ) 1:14-cv-01329-WDQ
     PROOVE BIOSCIENCES, INC.,             )
 7      and                                )
     BRIAN MESHKIN,                        )
 8         Defendants.                     )
     ------------------------------------
 9   PROOVE BIOSCIENCES, INC.,             )
            Counterclaim-Plaintiff         )
10          and Third-Party Plaintiff,     )
                                           )
11      vs.                                )
                                           )
12   SUMMIT DNA, LLC,                      )
            Counterclaim-Defendant,        )
13      and                                )
     GEORGE POWELL,                        )
14          Third-Party Defendant.         )
     ------------------------------------
15

16            Deposition of BRIAN MESHKIN, taken

17         on behalf of Plaintiff and

18         Counterclaim-Defendant Summit

19         DNA, LLC, at 5 Park Plaza,

20         Suite 1600, Irvine, California,

21         commencing at 10:09 a.m., on Friday,

22         November 20, 2015, before Dara C.

23         Shuler, Certified Shorthand Reporter

24         No. 11249.

25
```

2

```
 1   APPEARANCES:

 2


 3   For Plaintiff/Counterclaim-Defendant Summit DNA, LLC,
     and Third-Party Defendant George Powell:
 4
          THE HEALTH PARTNERS
 5        BY:  PHILLIP B. TOUTANT, ESQ.
          29566 Northwestern Highway, Suite 200
 6        Southfield, Michigan 48034
          (248) 996-8510
 7        ptoutant@thehlp.com

 8   For Defendants Proove Biosciences, Inc., and Brian
     Meshkin:
 9
          SHOOK, HARDY & BACON, LLP
10        BY:  JANET L. HICKSON, ESQ.
          5 Park Plaza, Suite 1600
11        Irvine, California 92614
          (949) 475-1500
12        jhickson@shb.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                            INDEX

 2   WITNESS                                         EXAMINATION

 3   BRIAN MESHKIN

 4
            BY MR. TOUTANT                               6
 5

 6
                            EXHIBITS
 7
     DEPOSITION                                          PAGE
 8
     1    Non-Exclusive Independent Sales Organization    20
 9        Agreement

10   2    Email String, Last Email to Bruce Gardner,      35
          from George Powell, 12-7-12
11
     3    Sales Services Contractor Agreement             39
12
     4    Sales Representative Agreement                  42
13
     5    Email String, Last Email to Bao Ngo, from       43
14        Bruce Gardner, 3-31-14

15   6    Email String, Last Email to Bruce Gardner,      46
          from Brian Meshkin, 5-27-13
16
     7    Email String, Last Email to George Powell,      80
17        from Bruce Gardner, 11-27-13

18   8    Letter to George Powell, from Brian Meshkin,    86
          3-24-14
19

20
                    INSTRUCTION NOT TO ANSWER
21
                       Page    Line
22
                        97      2
23                      98     22

24

25
```

1   A   Yes, it is understood.
2   Q   Now, turning to page -- it's marked at the top
3   page 10, that is your signature there?
4   A   Yes, it is.
5   Q   And it's dated March 15th, 2013?
6   A   Yes.
7   Q   And you signed that in your capacity as
8   president of Proove?
9   A   I did.
10  Q   If you'll turn back to page 2, the first
11  page -- there used to be a cover sheet.
12  A   Sorry.
13  Q   If you look at the second recital paragraph,
14  it says, "ISO," i.e. Summit, "has an ongoing" -- "has
15  ongoing relationships with physicians who may be
16  interested in services and wishes to represent company
17  directly and/or indirectly through independent
18  relationships ISO has on a nonexclusive basis, in
19  accordance with the terms and conditions of this
20  agreement."
21      Did I read that correctly?
22  A   You did.
23  Q   And Summit, in its capacity as an independent
24  sales organization in a contract with Proove, was not
25  able to enter into contracts on behalf of Proove,

1  email address?
2      A    It was, yes.
3      Q    And you communicated with George Powell at
4  that powellg40@aol.com email address, true?
5      A    Yes.
6      Q    If you turn to the next page, you'll see the
7  substance here.  The second sentence, Mr. Powell says,
8  "We do use a number of different labs to satisfy the
9  needs of reps in areas that work with contracted labs."
10         Did I read that accurately?
11     A    Yes.
12     Q    And this is an email from Mr. Powell to
13 Mr. Gardner, true?
14     A    That's what it appears to be, yes.
15     Q    And this is dated December 7, 2012, correct?
16     A    Uh-huh.
17     Q    Yes?
18     A    Yes.
19     Q    Are you familiar with a company called
20 Genomind, LLC?
21     A    I'm aware of a company called Genomind.
22 Familiar maybe an overstatement.
23     Q    What is your awareness as to Genomind?
24     A    Genomind is a company that contracts with a
25 lab called CRL out of Lenexa, Kansas.  That was the lab

1  that Proove contracted with at the beginning of its
2  existence.  And then when Proove halted its
3  relationships with CRL, then CRL used some of the exact
4  same technology and has used it with Genomind.
5      Q   CRL is Clinical Reference Laboratory?
6      A   Uh-huh, it provides all Genomind testing, yes.
7      Q   And Genomind does testing for psychiatric
8  conditions, true?
9      A   They do testing in their panel of 12 or 11
10 genes involved in providing insights into psychiatric
11 testing.  10 of the 12 are the identical ones that are
12 tested in the Proove opioid risk test that CRL set up
13 for Proove, that Proove paid for.  And Genomind does
14 report those results.
15     Q   So Proove has an opioid risk test.
16         What does the opioid risk test report?
17     A   It reports on a series of 12 genes, and those
18 12 genes are then associated with the risk for a series
19 of psychiatric conditions, including the risk for
20 misuse of opioids or addiction, which is classified as
21 a psychological disease.
22     Q   And what does Genomind test for?
23     A   Genomind tests for 10 of those 12 genes, using
24 the exact same platform at CRL, and reports those
25 results and provides interpretation around risk for

1   psychiatric concerns.
2       Q    You said CRL developed this test?
3       A    Proove developed the test.  CRL did it as a
4   work -- what's the legal terminology for it?  Something
5   work -- I can't remember what it is.  But they were the
6   contractor to set it up on the equipment, and Proove
7   paid them to do so.  And CRL performed Proove testing
8   at the beginning of the company's existence, and now
9   CRL uses the same platform to perform Genomind testing.
10      Q    There was litigation between your former
11  company, Salugen, and CRL, was there not?
12      A    No.
13      Q    No?
14      A    No.  There was litigation between Proove
15  Biosciences, which that tax ID at one point was named
16  Salugen Biosciences, which was different than the
17  Salugen, Inc. that I referred to earlier in my
18  testimony.  That litigation was between Proove
19  Biosciences, formerly known as Salugen Biosciences, and
20  CRL.  It was initiated under Salugen Biosciences and
21  settled under Proove Biosciences.
22      Q    Settled, it went to a default judgment, didn't
23  it, in favor of CRL, true?
24      A    I can't give you a legal definition.  I can
25  just tell you what happened.  CRL sued Proove for about

38