# EXHIBIT H

**From:** Summit Diagnostics <carolisebelmont@gmail.com>
**To:** powellg40 <powellg40@aol.com>
**Subject:** Molecular Training Call TOMORROW, Attachments to Review, & New Call In Numbers
**Date:** Mon, Dec 16, 2013 4:42 pm

Having trouble viewing this email? Click here



## Molecular Training Call
### Tuesday, December 17 @ 11am EST

Join us tomorrow, **December 17 at 11am EST** to learn about our new Molecular lab partner. Every rep is expected on the call.

**Prior to the training, please review the following attachments:**

- AIB Clinical Billing for Patients
- Summary Report Result
- Precision Medicine Report - Patient Results
- AIB Cardiac Brochure



CONFIDENTIAL        SUMMIT-000006

- AIB Cardio Panel Tri-Fold
- AIB Psychiatric Quad-Fold

**The call information has changed to:**

- https://global.gotomeeting.com/join/228605117
- **Phone**: (773) 945-1030
- **Access Code**: 228-605-117
- **Audio PIN**: Shown after joining the meeting
- **Meeting ID**: 228-605-117

This is a web based presentation done through GoToMeeting. It is best to be in front of your computer to follow along with the presentation. If GoToMeeting is not already downloaded on your computer, make sure to do so before the call.

Not at your computer? Click the link above to join this meeting from your iPhone®, iPad® or Android® device via the GoToMeeting app.

We hope that everyone has a happy and safe Holiday Season.

Best Wishes,

Carolise Belmont

**Forward this email**




This email was sent to powellq40@aol.com by carolisebelmont@gmail.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Summit Diagnostics | 88 Stiles Road, Suite 103 | Salem | NH | 03079

CONFIDENTIAL                                                                         SUMMIT-000007

Join us tomorrow, <u>December 17 at 11am EST</u> to learn about our new Molecular lab partner. Every rep is expected on the call.

<u>Prior to the training, please review the following attachments:</u>

- AIB Clinical Billing for Patients
- Summary Report Result
- Precision Medicine Report - Patient Results
- AIB Cardiac Brochure
- AIB Cardio Panel Tri-Fold
- AIB Psychiatric Quad-Fold



<u>The call information has changed to:</u>

- ███████████████████████
- ███████████████████████
- ███████████████████████
- ███████████████████████
- ███████████████████████

This is a web based presentation done through GoToMeeting. It is best to be in front of your computer to follow along with the presentation. If GoToMeeting is not already downloaded on your computer, make sure to do so before the call.

Not at your computer? Click the link above to join this meeting from your iPhone®, iPad® or Android® device via the GoToMeeting app.

We hope that everyone has a happy and safe Holiday Season.

Best Wishes,

Carolise Belmont

Forward this email

SafeUnsubscribe

Trusted Email from Constant Contact Try it FREE today.

This email was sent to baokngo@gmail.com by carolisebelmont@gmail.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Summit Diagnostics | 88 Stiles Road, Suite 103 | Salem | NH | 03079



Merry Christmas
Molecular Training Call
Tuesday, December 17 @ 11am EST