# EXHIBIT I

Coffee talk on Tuesday
1 message

PowellG40@aol.com <PowellG40@aol.com>  Sun, Feb 23, 2014 at 5:15 PM
To: PowellG40@aol.com, loripow6627@aol.com

Group;

Coffee talk on Tuesday at 4 PM and is focused on new sales.

What do you want to make in 2014?

Did you realize if you sold 100 AIB tests a month on the approved insurance list for the remaining 10 months you would make $140K for the year? That's only 25 a week or 5 a day!!!!!!

How do we get these numbers.

1. Train and understand your product
2. Work with our AIB training rep.
3. When you get an account stay with them from collection to reporting.
4. Have a collection day once a month!!
5. Make your collection day an event!! Lunch etc.
6. Make sure you are there to go over reporting.
7. Make yourself a friend to the office.
8. Ask for referrals.
9. Expand your base from Pain care to behavioral health, addiction management, cardiology and urology.
10. Try it JUST ONCE!!!!

Top ten people in total earnings this year will be eligible for Commodore Club and top five earn Diamond status. Prizes and awards to be announced.

To be the Best You Have to Earn It!!!!

How many opportunities do you get to make money and have fun. Looking forward to speaking to all of you Tuesday.

Thanks
George