# EXHIBIT J

FOLLOW US

Genomind Portal

Home   Products   Expertise   Clinicians   Patients   News   Preferred Providers   Contact Us   Order Test Kit   Careers

Why Genomind?

Assay

FAQ

Privacy

*explore the mind*

## The Genomind Way

Our ultimate goal is to improve patients' lives. Our approach is to partner with clinicians by providing them the tools they need to make informed treatment decisions.

We understand that a psychiatric disease affects the core of a person's humanity. So when the first round of treatment doesn't work for two-thirds of patients, and half of those are still suffering after three more treatment attempts – it's trying for patients and clinicians alike.

We believe that our unique approach of bringing personalized medicine to psychiatry has the potential to innovate what is considered "treatment as usual". By providing important genetic information to your clinician, they will be more informed and be able to determine an optimized treatment plan – just for you.

Home   Products   Expertise   Clinicians   Patients   News   Careers   Contact Us   Privacy Policy        © 2014 Genomind

1 message

**Summit Diagnostics** <carolisebelmont@gmail.com>  Thu, Feb 20, 2014 at 12:13 PM
Reply-To: carolisebelmont@gmail.com
To:

Having trouble viewing this email? Click here



# GENOMIND TRAINING CALL
## MONDAY, FEBRUARY 24 @ 4PM EST

Our next Genomind training session is almost here! Remember to call in on **Mon, Feb 24 at 4pm EST/3pm CST.**

We will walk through each gene in the Genecept Assay and also review some of their clinical data. Prior to the call, please review the materials below.



GENOMIND