# EXHIBIT K



March 24, 2014

Mr. George Powell, President
Summit Diagnostics, LLC
88 Stiles Road
Salem, NH 03053

Dear George:

It is with a heavy-heart that I am sending you this letter. We had a chance to speak two weeks ago about these matters. Unfortunately, the explanation you provided did not ameliorate the Company's concerns and demonstrable facts regarding the contract violations by Summit. It has regrettably come to the Company's attention during the week of March 3, 2014 that Summit Diagnostics has been in breach of its contract with Proove since December 17, 2013.

We have been provided documentation from multiple sources distributed by you to your sales team that outlines your Molecular Training Call on Tuesday, December 17th at 11 am eastern time and another call on Monday, February 24th 2014 at 4 pm in which you are repeatedly violating your contract with the Company, specifically the provision on Conflict of Interest.

The Company hereby effectively is terminating its contract with Summit and will explore legal action to recoup funds paid to Summit subsequent to the documented material breach amounting to over $75,000, plus damages.

As always, I am available to speak. After the honesty and candor Proove has displayed to Summit throughout the contract term, I am truly disappointed to learn of these overt breaches without any consideration for our contract and partnership.

Regards,

Brian Meshkin

Cc: Bruce Gardner, Vice President of Sales
Catherine Meshkin, Esq., General Counsel
Daniel Schwarz, MD, Medical Director, Pain and Addiction Medicine

Proove Biosciences, Inc.
Proove Medical Laboratories
6 Thomas Suite 100 Irvine, CA 92618

1 (855) - 776 - 6832
www.ProoveBio.com
8160 Maple Lawn Blvd. Suite 200 Fulton, MD 20759