# EXHIBIT L

**From:** Lori Powell <loripow6627@aol.com>
**To:** George <powellg40@aol.com>
**Subject:** Fwd: Brian Meshkin
**Date:** Tue, Apr 1, 2014 7:42 pm

Lori Powell
Summit Diagnostics
800-377-6481
Sent from my iPhone

Begin forwarded message:

**From:** Susan Doherty <sdoherty@barrettmed.com>
**Date:** April 1, 2014 at 6:48:51 PM EDT
**To:** George Powell <gpowell@summitdiagnostics.com>
**Subject: Brian Meshkin**

See below.

Susan Doherty
Executive Director
Barrett Medical Consulting
(313) 549-0430
www.barrettmed.com
Our Expertise. Your Success.
---------- Forwarded message ----------
From: "Brian Meshkin" <bmeshkin@proovebio.com>
Date: Mar 28, 2014 12:54 PM
To: "Susan Doherty" <sdoherty@barrettmed.com>, <bgardner@proovebio.com>
Cc: <sbarrett@barrettmed.com>

> Hey Susan -
>
> I left a voicemail for you last week. I'd like to set-up a time to discuss next steps. Please let me know when you are available.
>
> Additionally, it has come to our attention from multiple representatives of Summit Diagnostics that Summit has been marketing AI Biotech and Genomind genetic testing – which is an overt breach of our Conflict of Interest provision in Summit's contract with Proove.
>
> Thus, we have terminated our contract with Summit Diagnostics and are seeking legal action on related damages.
>
> Since we've had a chance to speak in person, I wanted you to hear from us directly.
>
> Thanks,
> Brian

CONFIDENTIAL                                                                                           SUMMIT-000081