# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## Northern Division

| | |
|---|---|
| SUMMIT DNA, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROOVE BIOSCIENCES, INC. ) <br> ) <br> and ) <br> ) <br> BRIAN MESHKIN, ) <br> ) <br> Defendants. ) <br> ———————————————) <br> PROOVE BIOSCIENCES, INC. ) <br> ) <br> Counterclaim-Plaintiff ) <br> And Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUMMIT DNA, L.L.C., ) <br> ) <br> Counterclaim-Defendant, ) <br> ) <br> and ) <br> ) <br> GEORGE POWELL, ) <br> ) <br> Third-Party Defendant. ) | Civil Action No. 1:14-cv-01329-WDQ |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

Whereas, due to the upcoming settlement conference, the parties have stipulated to an extension of time for each party to file a response to the opposing parties' currently pending motions for summary judgment;

Accordingly, it is this ___ day of _____, 2016, by the United States District Court for the District of Maryland, ORDERED:

(1) That Plaintiff/Counterclaim-Defendant Summit DNA, L.L.C. and Third-Party Defendant George Powell shall have until April 7, 2016 to file a response to Proove Biosciences, Inc. and Brian Meshkin's Motion for Partial Summary Judgment (Docs. 65 and 66); and

(2) That Defendants, Counter-Plaintiff and Third-Party Plaintiff Proove Biosciences, Inc. and Brian Meshkin shall have until April 7, 2016 to file a response Summit DNA, LLC and George Powell's Motion for Summary Judgment (Doc. 67).

Dated: March 8, 2016.

/s/ Timothy Burkhard                                            /s/Kenneth Chase*

Timothy Burkhard (admitted *pro hac vice*; D.Md. ID No. 804338)
Counsel for Plaintiff/Counterclaim-Defendant and Third-Party Defendant
The Health Law Partners, P.C.
29566 Northwestern Hwy., Ste. 200
Southfield, MI 48034
(248) 996-8510/FAX -8525
tburkhard@thehlp.com

Kenneth E. Chase (D. Md. Bar No. 18034)
Michael A. Zito
(admitted *pro hac vice*)
Shook, Hardy & Bacon, LLP
1155 F Street NW, Ste. 200
Washington, DC 20004
(202) 783-8400/FAX -4211
kchase@shb.com
mzito@shb.com
Counsel for Defendants, Counterclaim-Plaintiff and Third-Party Plaintiff

* Signed with consent.

/s/ Joseph D. Edmondson, Jr.

--------------------------------------

Joseph D. Edmondson, Jr. (D.Md. Bar No. 09481)
Lauren Champaign (D.Md. Bar No. 18629)
Counsel for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Ste. 600
Washington, DC 20007
(202) 672-5300/FAX: -5399
jedmondson@foley.com
lchampaign@foley.com
Direct: (202) 672-5354 (Edmondson)
        (202) 295-4791 (Champaign)


--------------------------------------
UNITED STATES DISTRICT JUDGE

4813-3924-3054, v. 1